**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JOSE RAUL CANDELARIA HERNANDEZ | CIVIL ACTION NO. 3:26-1399-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JACKSON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE DAVID J. AYO |

**JUDGMENT**

For the reasons set forth in the Report and Recommendation issued by United States Magistrate Judge David J. Ayo [Doc. 6] and noting the absence of objections filed thereto,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 by *pro se* petitioner Jose Raul Candelaria Hernandez on April 30, 2026 [Doc. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26th day of August, 2026.

UNITED STATES DISTRICT JUDGE